IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAYMOND V. BETHEL, JR., )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:14CV79–HEH
)
JIM O'SULLIVAN, et al., )
)
    Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Plaintiff, a former Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. Plaintiff contends defendants fail to award him proper credit against his sentences. In order to properly evaluate Plaintiff's claim he must: (1) state when the sentences were imposed and by what court(s); (2) state the length of each sentence imposed; (3) state in chronological order how and where he served each sentence; and, (4) identify the specific period of time for which he failed to receive credit. Accordingly, by Memorandum Order entered on May 7, 2015, the Court directed Plaintiff to provide the above-described information within fifteen (15) days of the date of entry thereof. The Court warned Plaintiff that the failure to provide such information would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than fifteen (15) days have elapsed since the entry of the May 7, 2015 Memorandum Order and Plaintiff has not responded. Plaintiff's failure to respond

indicates his lack of interest in prosecuting the present action. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: June 15, 2015
Richmond, Virginia